| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Susan Fairchild | Telephone: (313) 226-9577 |
| | Agent: James Rentzel | Telephone: (586) 206-6928 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Anthony Kieu VUONG

Case No.

Case: 2:22–mj–30426
Assigned To : Unassigned
Assign. Date : 10/5/2022
Description: CMP USA v. VUONG (SO)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 3rd__ in the county of __Saint Clair__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1324(a)(1)(A)(ii) | Bringing in and Harboring Certain Aliens |

This criminal complaint is based on these facts:

On or about October 3, 2022 in the Eastern District of Michigan, Southern Division, Defendant Anthony Kieu VUONG, a United States citizen, did knowingly or in reckelss disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport or move such alien within the United States by means of transportation or otherwise, in furtherance of violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

☑ Continued on the attached sheet.

*Complainant's signature*

James Rentzel, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: October 5, 2022

*Judge's signature*

City and state: Detroit, Michigan

Jonathan J.C. Grey, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, James A. Rentzel, declare the following under penalty of perjury:

1. I, James Rentzel, am a Border Patrol Agent with the United States Border Patrol and have been since July 23, 2009. I am tasked with detecting, preventing, and apprehending undocumented aliens, smugglers of aliens, and illegal narcotics by maintaining surveillance and/or patrolling the international border with the United States and Canada.

2. I make this affidavit in support of a finding of probable cause that, on October 3, 2022, Defendant Anthony Kieu VUONG committed violations of Title 8 U.S.C. § 1324(a)(1)(A)(ii) (relating to unlawfully transporting aliens within the United States). This affidavit is based upon my personal knowledge, information provided by other law enforcement officers, and record checks of law enforcement and Department of Homeland Security databases. This affidavit may not contain all the information gathered during the investigation of this incident.

3. On or about October 3, 2022, Border Patrol agents from the Marysville Border Patrol Station were patrolling in or around Algonac, Michigan due to recent smuggling activity in this area. Algonac is located along the St. Clair River, which also serves as the international border between the United States and Canada.

4. At approximately 10:08 p.m. agents in the aforementioned area were advised from KAK700 Detroit Sector Dispatch that a small boat was spotted leaving the Chanel Ecarte Channel in Ontario, Canada on a camera monitoring the border and the St. Clair River. At 10:09 p.m., Dispatch announced over the radio that they had tracked the boat crossing the St. Clair River (and the international boundary) to the United States side of the St. Clair River and, further, that it appeared that it may make landfall near the Big River Grill in Algonac, Michigan.

5. At approximately 10:15 p.m. responding Border Patrol agents spotted a lone vehicle leaving the area of the Big River Grill heading north on Michigan State Highway 29. No other vehicles were observed on the road at this time, and the location of the vehicle was consistent with the time it would take an awaiting vehicle to be contacted by an arriving boat and depart the Big River Grill. The responding Border Patrol agents observed four to five people in

the vehicle with multiple people talking on cell phones. At that time Dispatch notified the agents that the boat was returning to the Chanel Ecarte Channel in Canada. A query of the Michigan plate on the vehicle came back "no record."

6. The Border Patrol agents conducted a vehicle stop on the car. During the vehicle stop, the driver of the vehicle was identified as Anthony Kieu VUONG, a United States citizen. A Border Patrol agent asked VUONG if he knew that he had just picked up individuals that came across the river from Canada and VUONG stated "Yes." One of the passengers stated he was from Vietnam. All four passengers were in possession of four Vietnamese passports and none of the passengers had immigration documents allowing them to be legally present in the United States. All of the passengers in the vehicle were administratively arrested under the Immigration and Nationality Act, as amended. VUONG was arrested upon probable cause of violating 8 U.S.C. § 1324(a)(1)(A)(ii) (relating to the unlawful transportation of aliens within the United States).

7. Based on the above information, I believe there is probable cause that Anthony Kieu VUONG knowingly or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transported, or moved or attempted to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law on October 3, 2022, at or near Algonac, Michigan, in violation of 8 U.S.C. §1324(a)(1)(A)(ii).

James A. Rentzel, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Jonathan J.C. Grey
United States Magistrate Judge
Date: October 5, 2022